IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| PURE STORAGE, INC., | ) |
| | ) |
| Defendant. | ) |

**EMC CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, EMC Corporation states it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Chris R. Ottenweller
cottenweller@orrick.com
Matthew H. Poppe
mpoppe@orrick.com
Jesse Y. Cheng
jcheng@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Alyssa M. Caridis
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Los Angeles, CA 90017
(213) 629-2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiff EMC Corporation*

2

Paul T. Dacier
Paul.T.Dacier@emc.com
Krishnendu Gupta
Krish.Gupta@emc.com
William R. Clark
William.Clark@emc.com
Thomas A. Brown
Tom.Brown@emc.com
EMC Corporation
176 South Street
Hopkinton, MA 01748

November 26, 2013
7595094.1