IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMC CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-1985-RGA |
| PURE STORAGE INC., | : | |
| Defendant. | : | |

**ORDER**

Plaintiff complained about the number of disputed claim terms. (D.I. 57). Defendant then complained about the number of asserted claims. (D.I. 59). Needless to say, the Court would like to see a reduction in both the number of asserted claims (said to be 57, D.I. 59 at 1) and the number of disputed terms (said to be between 21 and 27). I cannot tell how much the second complaint is a product of the first, but it seems reasonable to reduce the number of asserted claims, with the hope that it might have a beneficial effect on the number of disputed claim terms. The Court proposes that Plaintiff reduce its number of asserted claims to no more than 32, with no more than eight per patent. The parties are invited to address this proposal in letters of no more than three pages, due by 5 p.m. on September 17, 2014. Any related issues may be raised. The parties ideally would propose a jointly agreed order to streamline the case.

SO ORDERED this 15th day of September 2014.

*Richard G. Andrews*
United States District Judge