IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMC CORPORATION, | ) | |
| EMC INTERNATIONAL COMPANY and | ) | |
| EMC INFORMATION SYSTEMS | ) | |
| INTERNATIONAL, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 13-1985 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| PURE STORAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Expert Report of Ian Jestice Regarding Infringement of U.S. Patent Nos. 7,373,464 and 7,424,015*; (2) *Expert Report of Dr. Mark T. Jones re U.S. Patent Nos. 6,904,556 and 6,915,475*; (3) *Expert Report of Brian W. Napper*; and (4) *Expert Report of Daniel A. Menascé, Ph.D. Regarding Infringement of U.S. Patent No. 8,375,187* were caused to be served on May 15, 2015, upon the following in the manner indicated:

John W. Shaw, Esquire                                              *VIA ELECTRONIC MAIL*
David M. Fry, Esquire
SHAW KELLER
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
*Attorneys for Defendant*

Robert A. Van Nest, Esquire                                    *VIA ELECTRONIC MAIL*
Matthew Werdegar, Esquire
Ashok Ramani, Esquire
R. Adam Lauridsen, Esquire
Corey Johanningmeier, Esquire
David W. Rizk, Esquire
Stuart L. Gasner, Esquire
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
*Attorneys for Defendant*

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Jeremy A. Tigan*
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith II (#3778)
                                          Jeremy A. Tigan (#5239)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                          jblumenfeld@mnat.com
                                          rsmith@mnat.com
                                          jtigan@mnat.com

                                          *Attorneys for Plaintiffs EMC Corporation,*
                                          *EMC International Company and EMC*
                                          *Information Systems International*

OF COUNSEL:

Chris R. Ottenweller
Matthew H. Poppe
Jesse Y. Cheng
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Los Angeles, CA  90017
(213) 629-2020

T. Vann Pearce, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400

Paul T. Dacier
Krishnendu Gupta
William R. Clark
Thomas A. Brown
EMC CORPORATION
176 South Street
Hopkinton, MA  01748

May 18, 2015

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 18, 2015, upon the following in the manner indicated:

John W. Shaw, Esquire                                      *VIA ELECTRONIC MAIL*
David M. Fry, Esquire
SHAW KELLER
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
*Attorneys for Defendant*

Robert A. Van Nest, Esquire                               *VIA ELECTRONIC MAIL*
Matthew Werdegar, Esquire
Ashok Ramani, Esquire
R. Adam Lauridsen, Esquire
Corey A. Johanningmeier, Esquire
David W. Rizk, Esquire
Stuart L. Gasner, Esquire
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
*Attorneys for Defendant*

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)