IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMC CORPORATION, EMC INTERNATIONAL COMPANY, and EMC INFORMATION SYSTEMS INTERNATIONAL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-1985 (RGA) |
| v. | ) ) | REDACTED - PUBLIC VERSION |
| PURE STORAGE, INC., | ) ) | |
| Defendant. | ) | |

## DECLARATION OF IAN JESTICE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mnat.com
*Attorneys for Plaintiffs EMC Corporation, EMC International Company, and EMC Information Systems International*

OF COUNSEL:

Joshua A. Krevitt
Paul E. Torchia
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-3953

Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5389

Chris R. Ottenweller
Matthew H. Poppe
Jesse Y. Cheng
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Los Angeles, CA  90017
(213) 629-2020

T. Vann Pearce, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400

Paul T. Dacier
Krishnendu Gupta
William R. Clark
Thomas A. Brown
EMC CORPORATION
176 South Street
Hopkinton, MA  01748

Originally Filed:  October 6, 2015
Redacted Version Filed:  October 13, 2015

I, Ian Jestice, hereby declare as follows:

1. I am a resident of the United States and over the age of 21. The facts set forth herein are true and based on my personal knowledge. If called upon as a witness, I could and would competently testify thereto.

2. I am an independent consultant and have been retained as an expert witness in the above-captioned matter on behalf of EMC Corporation, EMC International Company, and EMC Information Systems International to form independent opinions on the issues of infringement and validity of U.S. Patent Nos. 7,373,464 and 7,424,015. My compensation is in no way conditioned on the nature of my opinions or the outcome of this litigation.

3. Attached as Exhibit A is a true and correct copy of my May 15, 2015, opening expert report regarding issues of infringement in the above-captioned matter.

4. Attached as Exhibit B is a true and correct copy of my August 6, 2015, reply expert report regarding issues of infringement in the above-captioned matter.

5. I incorporate by reference the opinions set forth in my opening expert report and reply expert report regarding infringement in the above-captioned matter, and swear to their contents, as if fully set forth herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2015.



Ian Jestice

EXHIBITS A-B
REDACTED IN THEIR ENTIRETY

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 13, 2015, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Robert A. Van Nest, Esquire<br>Matthew Werdegar, Esquire<br>Ashok Ramani, Esquire<br>R. Adam Lauridsen, Esquire<br>Corey A. Johanningmeier, Esquire<br>David W. Rizk, Esquire<br>Stuart L. Gasner, Esquire<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Tigan*
　　　　　　　　　　　　　　　　　　　　　Jeremy A. Tigan (#5239)