IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMC CORPORATION, EMC INTERNATIONAL COMPANY, and EMC INFORMATION SYSTEMS INTERNATIONAL,<br><br>              Plaintiffs,<br><br>   v.<br><br>PURE STORAGE, INC.,<br><br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 13-1985-RGA<br><br>REDACTED:<br>PUBLIC VERSION |

**DECLARATION OF LAURA B. STAMM IN IN SUPPORT OF DEFENDANT PURE STORAGE, INC.'S OPPOSITION TO OPPOSITION TO PLAINTIFFS' MOTION TO PARTIAL SUMMARY JUDGMENT, AND EXCLUDE EXPERT TESTIMONY REGARDING NON-INFRINGING ALTERNATIVES**

OF COUNSEL:
Robert A. Van Nest
Matthew Werdegar
R. Adam Lauridsen
Corey Johanningmeier
David W. Rizk
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Joseph FitzGerald
PURE STORAGE, INC.
650 Castro Street, Suite 400
Mountain View, CA  94041
(650) 318-6589

October 28, 2015

John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Ave., Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendant Pure Storage, Inc.*

I, LAURA B. STAMM, declare as follows:

1. I submit this Declaration in this case on behalf of Defendant Pure Storage, Inc. ("Pure"). I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I am Managing Principal at Analysis Group. I was retained as an independent expert by counsel to Pure to investigate and to offer opinions with respect to the damages claims advanced by Plaintiffs EMC Corporation, EMC International Company, and EMC Information Systems International (collectively "EMC") in the above-captioned litigation.

3. I hereby adopt in full, under penalty of perjury, the analyses and opinions in my rebuttal expert report regarding damages (a true and correct copy of excerpts are attached hereto, **under seal**, as **Exhibit A**).

4. In my rebuttal expert report regarding damages, I use a citation format common in my field to indicate the source of the information or opinions on which I am relying. In the body of my report, when I wish to indicate that I learned the information or opinion from someone else, I typically state "I understand," followed by the information or an opinion I learned. I then indicate the source of the information or opinion in a footnote to the sentence. In this manner, I have disclosed the material contents of discussions with Pure's technical expert witnesses and employee engineers on which I relied in forming my opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 26, 2015, in Boston, Massachusetts.

LAURA B. STAMM

1

999875

**CERTIFICATE OF SERVICE**

      I, David M. Fry, hereby certify that on October 28, 2015, this document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith, II
Jeremy A. Tigan
MORRIS, NICHOLS, ARHST & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mant.com

T. Vann Pearce Jr.
ORRICK, HERRINGTON, & SUTCLIFFE LLP
1152 15th Street, N.W.
Columbia Center
Washington, D.C. 20005
vpearce@orrick.com

Krishnendu Gupta
William Clark
Tom A. Brown
EMC CORPORATION
176 South Street
Hopkinton, MA 01748
krishnendu.gupta@emc.com
william.clark@emc.com
tom.brown@emc.com

Chris R. Ottenweller
Matthew H. Poppe
Jesse Y. Cheng
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
cottenweller@orrick.com
mpoppe@orrick.com
jcheng@orrick.com

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Los Angeles, CA 90017
acaridis@orrick.com

Joshua Krevitt
Stuart Rosenberg
GIBSON, DUNN & CRUTCHER
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300
jkrevitt@gibsondunn.com
srosenberg@gibsondunn.com

Paul Torchia
GIBSON, DUNN & CRUTCHER
200 Park Avenue
New York, NY 10166
(212) 351-4000
ptorchia@gibsondunn.com

-2-

          */s/ David M. Fry*
          John W. Shaw (No. 3362)
          David M. Fry (No. 5486)
          SHAW KELLER LLP
          300 Delaware Ave., Suite 1120
          Wilmington, DE 19801
          (302) 298-0700
          jshaw@shawkeller.com
          dfry@shawkeller.com
          *Attorneys for Defendant Pure Storage, Inc.*

# Exhibit A

# Filed Under Seal

REDACTED IN ITS ENTIRETY