IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMC CORPORATION, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 13-1985-RGA |
| : | |
| PURE STORAGE INC., : | |
| : | |
| Defendant. : | |

## JUDGMENT

This 17 day of March 2016, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that: Judgment is entered as follows:

(1) On Count One of the Amended Complaint (D.I. 37) as to U.S. Patent No. 6,904,556 judgment is entered for Defendant Pure Storage Inc. and against Plaintiffs EMC Corporation, EMC International Company, and EMC Information Systems International;

(2) On Count Three of the Amended Complaint (D.I. 37) as to U.S. Patent No. 7,373,464 judgment is entered for Defendant Pure Storage Inc. and against Plaintiffs EMC Corporation, EMC International Company, and EMC Information Systems International;

(3) On Count Four of the Amended Complaint (D.I. 37) as to U.S. Patent No. 7,434,015 judgment is entered for Plaintiffs EMC Corporation, EMC International Company, and EMC Information Systems International and against Defendant Pure Storage Inc. in the amount of Fourteen Million Dollars ($14,000,000).

*[signature: Richard G. Andrews]*
United States District Judge