IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMC CORPORATION, EMC INTERNATIONAL COMPANY, and EMC INFORMATION SYSTEMS INTERNATIONAL,<br><br>       Plaintiffs,<br><br>v.<br><br>PURE STORAGE, INC.,<br><br>       Defendant. | Civil Action No. 13-1985-RGA |

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**:

Defendant's renewed Motion for Judgment as a Matter of Law and, in the Alternative, for a New Trial (D.I. 484) is **DENIED IN PART** with respect to Pure Storage's motion for JMOL and **GRANTED IN PART** and **DENIED IN PART** with respect to Pure Storage's motion for a new trial.

Plaintiffs' Motion for a Permanent Injunction (D.I. 491) is **DISMISSED** as moot.

Entered this 1 day of September, 2016.

/s/ Richard G. Andrews
United States District Judge